UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

JUN 3 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| LAURENCE SCHECHTER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACKSON LEWIS, LLP, et al., ) <br> ) <br> Defendants. ) <br> ) | JUDGMENT IN A CIVIL CASE <br><br> CIV 02-2124-PHX-JWS |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's order dated May 29, 2003, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

June 3, 2003

RICHARD H. WEARE
District Court
Executive/Clerk

By: *[signature]*
Deputy Clerk

cc: (all counsel/jgmdrw)

